# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SPECIALTY WELDING AND
TURNAROUNDS, LLC

NO.  2025 CW 1064

VERSUS

MARK SIMEON AND MOMENTUM
TURNAROUND SERVICES, LLC

**JANUARY 09, 2026**

---

In Re:   Specialty Welding and Turnarounds, LLC and IX Capital
SWAT Holdings, LLC, applying for supervisory writs,
21st Judicial District Court, Parish of Tangipahoa,
No. C-20250002016.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT